UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Bradley C Snyder<br>Lisa R Snyder<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  18-00440<br><br>Chapter:  13<br>Honorable Donald R. Cassling |

## ORDER GRANTING MOTION TO EXTEND TIME FOR DEBTOR TO FILE CLAIM ON BEHALF OF CREDITOR

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO EXTEND TIME FOR DEBTOR TO FILE CLAIM ON BEHALF OF CREDITOR, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS SO ORDERED:

1. The time for the Debtor to file an unsecured priority claim on behalf of the Missouri Department of Revenue is extended to October 7, 2021 and that the claim shall be allowed as timely, and

2. Nothing in this Order shall require the Trustee to perform collections from creditors pursuant to any prior plan.

No objection to the motion having been lodged within the time required by Amended General Order No. 20-03, any potential objections have been waived, and the motion is therefore granted.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  September 23, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600